IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-00162-01-CR-W-SRB |
| ) | |
| JASON TWELLMAN, ) | |
| ) | |
| Defendant. ) | |

## SUPPLEMENTAL REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

On May 14, 2025, the defendant appeared before the undersigned pursuant to Federal Rule of Criminal Procedure 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636, and entered a plea of guilty to one count of attempted transfer of obscene material to a minor as charged in the Indictment. The undersigned issued a Report and Recommendation finding the plea knowledgeable, voluntary, and supported by a factual basis, and recommended the plea be accepted. (Doc. 34) A presentence investigation report was ordered.

On May 19, 2025, at the request of counsel, the defendant reappeared before the undersigned for additional advisements. Under oath, the defendant acknowledged his full understanding of the additional advisements and confirmed that they did not alter the position he took with respect to his guilty plea on May 14, 2025. As such, the defendant's guilty plea remains knowing and voluntary, and the charged offense continues to be supported by an independent factual basis. A record of the follow-up proceeding was made, and a transcript will be available. Therefore, I recommend that the guilty plea entered on May 14, 2025, be accepted, and that the defendant be adjudged guilty and sentenced accordingly.

Failure to file written objections to this Supplemental Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

                                                            /s/ *Jill A. Morris*
                                                            JILL A. MORRIS
                                             UNITED STATES MAGISTRATE JUDGE